TODD A. ROBERTS (SBN 129722)
ALEXANDRIA C. CARRAHER (SBN 299258)
CHLOE J. LOOMER (SBN 341139)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA  94025
Telephone:    650.364.8200
Facsimile:     650.780.1701
Email:           todd.roberts@ropers.com
                    alexandria.carraher@ropers.com
                    chloe.loomer@ropers.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD W. VOORHIES,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:25-cv-00191-SK<br><br>*[Assigned to Judge Sallie Kim]*<br><br>**SECOND JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION** |

Plaintiff Donald W. Voorhies and Defendant State Farm General Insurance Company (collectively, the "Parties") hereby stipulate and respectfully request that this Court extend the deadline to complete alternative dispute resolution to December 5, 2025.

**WHEREAS**, on January 6, 2025, Defendant removed this matter to the Northern District of California.

**WHEREAS**, on April 14, 2025, at 1:30 p.m., this Court held an Initial Case Management Conference.

**WHEREAS**, on April 14, 2025, this Court issued an order for the parties to complete alternative dispute resolution by September 29, 2025.

1  **WHEREAS**, on September 25, 2025, the Parties stipulated to extend the ADR deadline from September 29, 2025, to November 30, 2025, because they and their experts could not complete a site inspection before September 29, 2025, because of other pre-scheduled commitments, and filed a proposed Order with the Court extending the ADR deadline to November 30, 2025.

**WHEREAS**, on October 1, 2025, this Court signed the Order extending the ADR deadline to November 30, 2025.

**WHEREAS,** the site inspection took place at the Plaintiff's home on October 28, 2025.

**WHEREAS,** the parties are scheduled to mediate this matter on December 5, 2025, with Doug DeVries.

**WHEREAS**, the parties and counsel were unable to complete alternative dispute resolution by November 30, 2025, due to the parties' and mediator's unavailability because of other pre-scheduled commitments.

**IT IS HEREBY STIPULATED** by all Parties to this action, by and through their attorneys of record, that:

The Court's deadline to complete a site inspection by November 30, 2025, be continued to December 5, 2025, due to the parties' unavailability and the parties' mediation scheduled to take place on December 5, 2025.

Dated: December 1, 2025                    ROPERS MAJESKI PC

By: /s/ Todd A. Roberts
TODD A. ROBERTS
ALEXANDRIA C. CARRAHER
CHLOE J. LOOMER
Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

Dated: November 25, 2025                    MILES WESTBROOK & DEAL LLP

By:  /s/ Joel M. Westbrook
JOEL M. WESTBROOK
Attorney for Plaintiff
DONALD W. VOORHIES

### ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

The Court's deadline to complete alternative dispute resolution by November 30, 2025 is CONTINUED to December 5, 2025.

**IT IS SO ORDERED**.

Dated:  December 1, 2025

Hon. Sallie Kim
United States Magistrate Judge

- 3 -

JOINT STIPULATION AND ORDER
TO CONTINUE DEADLINE TO COMPLETE
ALTERNATIVE DISPUTE RESOLUTION

# CERTIFICATE OF SERVICE

I, Lori Ann Zullo, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 801 South Figueroa St, Suite 2100, Los Angeles, California 90017.

On September 25, 2025, I electronically filed the attached document:

**SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Alexandria Caitlyn Carraher
alexandria.carraher@ropers.com,toni.pierson@ropers.com

Todd Andrew Roberts
todd.roberts@ropers.com,toni.pierson@ropers.com,mary.mcpherson@ropers.com

Joel Mastin Westbrook
joel@mileswestbrook.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 25, 2025, at Los Angeles, California.

/s/ Lori Ann Zullo